**AFFIRMED and Opinion Filed May 23, 1995**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-91-01580-CR

### KEITH LEON MIMS A/K/A ROBERT LEON BRIDGES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd District Court
Dallas County, Texas
Trial Court Cause No. F90-11116-RW**

## OPINION PER CURIAM

Before Justices Baker, Chapman, and Devany

Keith Leon Mims a/k/a Robert Leon Bridges appeals his conviction for burglary of a vehicle. Without the benefit of a plea bargain on punishment, appellant pleaded guilty to the offense alleged in the indictment. The trial court accepted appellant's guilty plea, found the evidence substantiated his guilt, and deferred an adjudication of guilt. The trial court placed appellant on deferred adjudication probation for ten years and assessed a $500 fine.

The State filed a motion to adjudicate alleging appellant violated the terms of his

probation. Appellant entered an open plea of true to the allegations in the State's motion. The trial court adjudicated appellant guilty and assessed a ten-year sentence.

Appellant's attorney filed a motion to withdraw as counsel for appellant supported by a brief in which he concludes that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant he has a right to file a pro se brief. Appellant did not file a pro se brief.

We have reviewed the record and counsel's brief. We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment. We grant the motion of appellant's counsel to withdraw as appellant's attorney.

PER CURIAM

Do Not Publish
Tex. R. App. P. 90
911580F.U05

-2-



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

KEITH LEON MIMS a/k/a ROBERT LEON BRIDGES, Appellant

No. 05-91-01580-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 636rd District Court of Dallas County, Texas. (Tr.Ct.No. F90-11116-RW).

Opinion delivered per curiam, before Justices Baker, Chapman, and Devany.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered May 23, 1995.

JAMES A. BAKER
JUSTICE